JOSEPH MURRAY, Respondent, v. M. PROUSE NEAL, as Administrator, etc., of ULRICH HEISERER, Deceased, Appellant.— Judgment affirmed, with costs. Memorandum: We find no errors of law or fact in this case. Claims such as plaintiff's are always subject to the closest scrutiny, but, from the whole record, we gain the impression that the plaintiff made out a meritorious case and that the award was reasonable in amount. All concur. (The judgment is for plaintiff on a claim against an estate for care furnished decedent.) Present — Sears, P. J., Crosby, Lewis, Taylor and Dowling, JJ.

JOHN H. HULL, as Administrator, etc., of RONALD HULL, Deceased, Appellant, v. GEORGE F. SCHAKE, Respondent.— Judgment and order affirmed, with costs. Memorandum: We conclude that the jury's determination which found no actionable negligence by the defendant, was in accord with the weight of evidence and that the plaintiff's rights were not prejudiced by any ruling of the trial court. All concur. (The judgment is for defendant in an automobile negligence action. The order denies a motion for a new trial.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.

JOSEPH SKIBINSKI, by His Guardian ad Litem, KENECK SKIBINSKI, Appellant, v. GEORGE F. SCHAKE, Respondent.— Same decision and like cause of action as in companion case last above. Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.

DONALD SNYDER, an Infant, by CLAUDE SNYDER, His Guardian ad Litem, Respondent, v. ALTON JERGE, and MATILDA A. WOLBRECHT, as Administratrix, etc., of ANTHONY WOLBRECHT, Deceased, Appellants.— Judgment and order affirmed, with costs. Memorandum: A fair question of fact was presented and in our opinion the verdict was fully warranted by the evidence. All concur. (The judgment is for plaintiff in an automobile negligence action. The order denies a motion for a new trial.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Dowling, JJ.

CLAUDE SNYDER, Respondent, v. ALTON JERGE, and MATILDA A. WOLBRECHT, as Administratrix, etc., of ANTHONY WOLBRECHT, Deceased, Appellants.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellant[s] to abide the event, unless the plaintiff shall, within ten days, stipulate to reduce the verdict to the sum of $177, as of the date of the rendition thereof, in which event the judgment is modified accordingly and, as so modified, is, together with the order, affirmed, without costs of this appeal to either party. All concur. (The judgment is for plaintiff in an automobile negligence action. The order denies a motion for a new trial.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Dowling, JJ.

GIUSEPPE FEOLE, Appellant, v. W. E. WIND, Doing Business under the Firm Name and Style of WIND'S BAKERY, and CHARLES DAVIS, Respondents.— Judgment affirmed, with costs. Memorandum: The finding of the jury that defendants were guilty of no negligence is amply supported by the evidence. We have carefully searched the record and find no errors of law. All concur. (The judgment is for defendants in an automobile negligence action.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Dowling, JJ.

MARIA FEOLE, Appellant, v. W. E. WIND, Doing Business under the Firm Name and Style of WIND'S BAKERY, and CHARLES DAVIS, Respondents.— Same decision and like cause of action as in companion case last above. Present — Sears, P. J., Crosby, Lewis, Cunningham and Dowling, JJ.